**TIFFANY & BOSCO**
P.A.
**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 E. CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor
24-00719-FM-AZ

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Bryan T Kruzel and Jennifer R Dubose<br><br>Debtors.<br><br>Freedom Mortgage Corporation<br><br>Secured Creditor,<br><br>vs.<br><br>Bryan T Kruzel and Jennifer R Dubose, Debtors; Edward J. Maney, Trustee.<br><br>Respondents. | Chapter 13<br><br>Case No. 2:24-bk-07910-DPC<br><br>**OBJECTION TO CHAPTER 13 PLAN**<br><br>RE: Real Property Located at<br>19570 W Palo Verde Dr<br>Litchfield Park, AZ 85340 |

Freedom Mortgage Corporation, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtors for the following reason:

The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to Freedom Mortgage Corporation, in the approximate amount of $2,976.00. Secured Creditor is in the process of finalizing and filing a Proof of Claim. Freedom Mortgage Corporation requests that the arrearages as listed

in its forthcoming Proof of Claim be paid through the Plan.

        WHEREFORE, Secured Creditor prays as follows:

        1.   That confirmation of the proposed Chapter 13 Plan be denied;

        2.   For attorney's fees and costs incurred herein;

        3.   For such other and further relief as this Court deems just and proper.

        DATED this 12th day of November, 2024.

                                                          Respectfully submitted,
                                                           TIFFANY & BOSCO, P.A.

                                                           By: /s/ Leonard J. McDonald #014228
                                                                   Mark S. Bosco
                                                                   Leonard J. McDonald
                                                                   Attorneys for Secured Creditor

COPY of the foregoing mailed
November 12, 2024 to:

Bryan T Kruzel and Jennifer R Dubose
19570 W. Palo Verde Dr
Litchfield Park, AZ 85340
Debtors

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtor

Edward J. Maney
101 N. First Ave. Suite 1775
Phoenix, AZ 85003
Trustee

By: Julie Bush